```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 02447
    MATTHEW L SMITH
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-3531


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/12/07 and confirmed on 09/05/07.

    2.  The case was dismissed after confirmation, 05/30/2008.

    3.  The Debtor paid a total of $   3879.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00            .00            .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE    13594.08            .00        1158.84
HSBC                       SECURED               .00            .00            .00
HSBC                       MORTGAGE ARRE     2666.00            .00         227.27
PINE VALLEY TOWNHOMES      SECURED           4611.03            .00        1270.98
CCA                        UNSECURED        NOT FILED           .00            .00
COMPUTER CREDIT            UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          496.67            .00            .00
HSBC                       UNSECURED        NOT FILED           .00            .00
MERRICK BANK               UNSECURED         1050.14            .00            .00
AFNI/VERIZON               UNSECURED          685.26            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          694.26            .00            .00
          Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  20871.11         .00      2926.33         .00       23797.44
PRINCIPAL PAID       2657.09         .00          .00         .00        2657.09
INTEREST PAID            .00         .00          .00         .00             .00
TOTAL PAID           2657.09         .00          .00         .00        2657.09
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $   1300.00  direct and $   1047.01  through the plan.

The Trustee received $     174.90 .

Refunds to the Debtor totaled $       .00 .

       Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/20/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 07 B 02447 MATTHEW L SMITH
```